```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
VICTOR CORTES,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :         22-CV-10345 (VSB)
                -against-                                   :
                                                            :              ORDER
P&N TOWING COLLISION PAINT INC.,                            :
PEDRO TALLER, In His Individual and                         :
Official Capacities, and CARLOS ESPINOSA,                   :
In His Individual and Official Capacities,                  :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on December 7, 2022. (Doc. 1.) He filed affidavits of service on January 9 and 17, 2023, which state that Defendants were served on December 26 and 27, 2022. (Docs. 9–11.) The deadlines for Defendants to respond to Plaintiff's complaint were January 16 and 17, 2023. (*See id.*) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 7, 2023. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 24, 2023
             New York, New York

                                                                           VERNON S. BRODERICK
                                                                           United States District Judge