UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
VICTOR CORTES,                                        :
                                                      :
                          Plaintiff,                  :
                                                      :          22-CV-10345 (VSB)
             -against-                                :
                                                      :          **DEFAULT JUDGMENT**
P&N TOWING COLLISION PAINT INC.,                      :
PEDRO TALLER, In His Individual and                   :
Official Capacities, and CARLOS ESPINOSA,             :
In His Individual and Official Capacities,            :
                                                      :
                          Defendants.                 :
                                                      :
------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       In accordance with my comments at the Order to Show Cause hearing on April 14, 2023,

it is hereby:

       ORDERED that default judgment as to liability is entered in favor of Plaintiff Victor

Cortes and against Defendants P&N Towing Collision Paint Inc., Pedro Taller, and Carlos

Espinosa.  This case will be referred to Magistrate Judge Ona T. Wang for an inquest on

damages.

SO ORDERED.

Dated:    April 14, 2023
          New York, New York

                                              VERNON S. BRODERICK
                                              United States District Judge